MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*GREGORY R. GABRIEL v. ALASKA ELECTRICAL PENSION FUND, et al.*

Case No. 3:06-cv-192-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

On April 9, 2012, Plaintiff filed a motion to enter judgment.[1] Defendants subsequently filed an opposition, noting that their counterclaim had not been resolved, but nonetheless agreeing to dismiss the counterclaim with a corresponding revision to Plaintiff's proposed judgment.[2] Defendants also note that Plaintiff's proposed judgment has a blank space for an award of prejudgment interest, which they oppose.[3] Plaintiff has filed a reply, indicating that it is agreeable to Defendants' proposed revision and that it intends to seek prejudgment interest pursuant to Local Rule 58.1 after the Court enters the judgment.[4]

Plaintiff's motion (Docket No. 93) is GRANTED. The Court will enter judgment in the form proposed by Plaintiff with Defendants' revision. The Parties will have an opportunity to brief the prejudgment interest issue after judgment is entered. To the extent that the Court finds that prejudgment interest is not appropriate, the Clerk will enter zeros in the blank spaces provided in the judgment.[5]

IT IS HEREBY ORDERED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATED: May 7, 2012

---

[1] Dkt. 93.

[2] Dkt. 94

[3] *Id.*

[4] Dkt. 95.

[5] *See* D.Ak. L.R. 58.1(a)(2).