IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY R. GABRIEL,<br><br>                              Plaintiff,<br><br>      v.<br><br>ALASKA ELECTRICAL PENSION FUND, et al.,<br><br>                              Defendants. | Case No. 3:06-cv-00192-TMB<br><br>JUDGMENT IN A CIVIL CASE |

       This action was resolved on the basis of motions filed by the parties, and without a jury, and the following decision was reached by Judge Timothy Burgess:

       It is ordered that the Plaintiff Gregory R. Gabriel shall recover from the Defendant Alaska Electrical Pension Fund the amount of $28,355.45, with prejudgment interest at the rate of ____% in the total amount of $_____, and post-judgment interest at the rate of .019 %. Defendants have voluntarily dismissed their counterclaim for reimbursement of pension benefits paid to Plaintiff and all other claims are hereby dismissed on the merits.

Dated at Anchorage, Alaska, this 7th day of May, 2012.

/s/ Timothy M. Burgess                      /s/ Marvel Hansbraugh
TIMOTHY M. BURGESS                 MARVEL HANSBRAUGH
UNITED STATES DISTRICT JUDGE      CLERK OF COURT