JENNIFER M. COUGHLIN
**K&L GATES LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile: (907) 276-1365
Jennifer.coughlin@klgates.com
Attorneys for Plaintiff

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GREGORY R. GABRIEL,<br><br>                Plaintiff,<br><br>   v.<br><br>ALASKA ELECTRICAL PENSION FUND, et al.,<br><br>                Defendant. | Case No. 3:06-cv-00192-TMB<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Gregory R. Gabriel, plaintiff in the above named case, hereby appeals to the United States Court of Appeals in the Ninth Circuit from the final judgment entered in this action on the 7th day of May, 2012 (Docket #97), which includes the earlier interlocutory orders dismissing Gabriel's other claims on summary judgment (Docket #92, #64 and #55).

    DATED this 5th day of June, 2012.

                                                   K&L GATES LLP

                                                   By: /s/ Jennifer M. Coughlin

**NOTICE OF APPEAL**
*Gabriel v. Alaska Electrical Pension Fund, et al.*; Case No. 3:06-cv-00192-TMB
Page 1 of 2

Case 3:06-cv-00192-TMB   Document 101   Filed 06/05/12   Page 1 of 2

Jennifer M. Coughlin, Alaska Bar No. 9306015
Attorneys for Plaintiff
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969
Facsimile:  (907) 276-1365
Jennifer.coughlin@klgates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and the following were electronically served on:

Bruce McKenzie
Frank J. Morales
McKenzie Rothwell Barlow & Korpi, P.S.
1325 Fourth Avenue, Suite 910
Seattle WA 98101
brucem@mrbklaw.com
frankm@mrbklaw.com

/s/ Jennifer M. Coughlin

K&L GATES LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

**NOTICE OF APPEAL**
*Gabriel v. Alaska Electrical Pension Fund, et al.*; Case No. 3:06-cv-00192-TMB
Page 2 of 2

Case 3:06-cv-00192-TMB   Document 101   Filed 06/05/12   Page 2 of 2