IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY R. GABRIEL,<br><br>                      Plaintiff,<br><br>      v.<br><br>ALASKA ELECTRICAL PENSION FUND,<br>et al.,<br><br>                      Defendants. | Case No. 3:06-cv-00192-TMB<br><br>AMENDED JUDGMENT<br>IN A CIVIL CASE |

      This action was resolved on the basis of motions filed by the parties, and without a jury, and the following decision was reached by Judge Timothy Burgess:

      It is ordered that the Plaintiff Gregory R. Gabriel shall recover from the Defendant Alaska Electrical Pension Fund the amount of $28,355.45, with prejudgment interest at the rate of 3.75% in the total amount of $8,031.78, and post-judgment interest at the rate of .019%. Defendants have voluntarily dismissed their counterclaim for reimbursement of pension benefits paid to Plaintiff and all other claims are hereby dismissed on the merits.

Dated at Anchorage, Alaska, this 5th day of July, 2012.

/s/ Timothy M. Burgess                     /s/ Marvel Hansbraugh
TIMOTHY M. BURGESS               MARVEL HANSBRAUGH
UNITED STATES DISTRICT JUDGE   CLERK OF COURT